Dismissed and Opinion filed January 16, 2003









Dismissed and Opinion filed January 16, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS.
14-03-00027-CR &

     
14-03-00028-CR

____________

 

ABEL ANGEL CORONADO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 228th District Court

Harris
County, Texas

Trial
Court Cause Nos. 899,367 & 899, 368

 



 

M
E M O R A N D U M   O P I N I O N

This is an attempted appeal following appellant=s plea of guilty to two counts of
aggravated robbery.  Appellant was
convicted and sentenced to twenty years= confinement in the Texas Department
of Criminal Justice--Institutional Division on July 10, 2002.  No notice of appeal was filed.  We dismiss for want of jurisdiction. 








On November 22, 2002, and December 5, 2002, appellant filed
motions for an out-of-time appeal in each case. 
The Harris County District Clerk mistakenly treated these documents as
notices of appeal and assigned the cases to this Court.  To perfect an appeal, the defendant must file
a timely notice of appeal.  Tex. R. App. P. 25.2(b).  In this case, no notice of appeal was filed.
Any relief on appellant=s request for an out-of-time appeal must be sought in the
Court of Criminal Appeals.  

Accordingly, the appeals are ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed January 16, 2003.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R.
App. P. 47.2(b).